UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECTRA LICENSING GROUP, LLC,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>MARVELL SEMICONDUCTOR INC., et al.,<br><br>　　　　Defendants. | Case No. 16-cv-06093-RS<br><br>**ORDER DENYING MOTION TO DISMISS** |

Plaintiff Spectra Licensing Group LLC ("Spectra") initiated this patent infringement lawsuit in April 2016. On November 22, 2016, defendants Marvell Semiconductor Inc. and Marvell Technology Group LTD (collectively "Marvell") filed a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Rather than respond to the motion, Spectra opted to file an amended complaint. *See* Fed. R. Civ. P. 15(a) (providing plaintiffs leave to amend once as a matter of course within 21 days after service of a motion under Rule 12(b)). Marvell's motion is therefore moot and denied without prejudice.

**IT IS SO ORDERED**.

Dated: December 7, 2016

RICHARD SEEBORG
United States District Judge