UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECTRA LICENSING GROUP, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MARVELL SEMICONDUCTOR INC., et al.,<br><br>    Defendants. | Case No. 16-cv-06093-RS<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

Defendants Marvell Semiconductor Inc. and Marvell Technology Group LTD (collectively "Marvell") move, pursuant to Local Rule 6-3, to extend their deadline to file a response to Plaintiff Spectra Licensing Group LLC's ("Spectra") First Amended Complaint ("FAC") on the ground that key Marvell personnel are on holiday vacation or otherwise unavailable between now and the current filing deadline.  Their response is currently due on December 20, 2016 and they request a limited extension until January 10, 2017.  Good cause appearing, Marvell's request for a limited extension is hereby granted.  Marvell must respond to Spectra's FAC by January 10, 2017.

**IT IS SO ORDERED**.

Dated: December 19, 2016

RICHARD SEEBORG
United States District Judge