1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

SPECTRA LICENSING GROUP, LLC,

Case No.  16-cv-06093-RS

Plaintiff,

8
9

v.

**ORDER DENYING MOTION TO
DISMISS**

10

MARVELL SEMICONDUCTOR INC., et
al.,

11

Defendants.

12
13          Plaintiff Spectra Licensing Group LLC ("Spectra") initiated this patent infringement

14  lawsuit in April 2016.  On January 10, 2017, defendants Marvell Semiconductor Inc. and Marvell

15  Technology Group LTD (collectively "Marvell") filed an answer and counterclaim.  On January

16  24, 2017, Spectra moved to dismiss the counterclaim and strike the affirmative defenses in the

17  answer pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f).  Rather than respond to

18  the motion, Marvell opted to file an amended answer and counterclaim on February 7, 2017.

19          Federal Rule of Civil Procedure 15(a) allows a party to amend its pleading 21 days after

20  serving it or, if the pleading is one to which a responsive pleading is required, 21 days after service

21  of a motion under Rule 12(b), (e), or (f).  Thus, Marvell's amended counterclaim was timely filed.

22  Technically, Marvell was required to seek leave to amend its answer.  Nevertheless, in light of the

23  lack of prejudice to Spectra, Marvell's failure to seek leave to amend will be excused and the

24  amended answer will supersede the original answer.  Spectra's motion is therefore moot and

25  denied without prejudice.

26
27  **IT IS SO ORDERED**.

28

United States District Court
Northern District of California

1    Dated:  February 9, 2017

2
                                            _____
3                                            RICHARD SEEBORG
                                             United States District Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                          ORDER DENYING MOTION TO DISMISS
                                                          CASE NO. 16-cv-06093-RS

2

United States District Court
Northern District of California