| | |
|---|---|
| GAZDZINSKI & ASSOCIATES, PC<br>Adam Garson (240440)<br>(adam.garson@gazpat.com)<br>750 B Street, Suite 1600<br>San Diego, CA 92101<br>Telephone: (858) 675-1670<br><br>Attorneys for Plaintiff<br>SPECTRA LICENSING GROUP, LLC | IRELL & MANELLA LLP<br>Morgan Chu (70446)<br>(mchu@irell.com)<br>Benjamin W. Hattenbach (186455)<br>(bhattenbach@irell.com)<br>Ian R. Washburn (274759)<br>(iwashburn@irell.com)<br>Dennis J. Courtney (307646)<br>(dcourtney@irell.com)<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br>Telephone: (310) 277-1010<br><br>Attorneys for Defendant<br>MARVELL SEMICONDUCTOR, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECTRA LICENSING GROUP, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MARVELL SEMICONDUCTOR, INC.,<br><br>    Defendant. | Case No. 3:16-cv-06093-RS<br>ORDER<br>**JOINT STIPULATION TO STAY DEADLINES PENDING SETTLEMENT AGREEMENT**<br><br>Hon. Richard Seeborg |

Pursuant to Civil L.R. 6-2 and Civil L.R. 7-12, Plaintiff Spectra Licensing Group, LLC ("Spectra") and Defendant Marvell Semiconductor, Inc. ("MSI") (collectively, "the Parties"), by and through their respective counsel, and subject to the approval of the Court, hereby submit this Joint Stipulation to Stay Deadlines Pending Settlement Agreement. This Joint Stipulation is further supported by the Declaration of Dennis J. Courtney filed herewith.

The Parties have reached an agreement to resolve their disputes in the present case. Courtney Decl. ¶ 3. The Parties hereby stipulate and jointly request that the Court stay and extend all deadlines in this case by thirty (30) days, pending the finalization and execution of settlement documents. The Parties inform the Court that they expect to move to dismiss the present case upon finalization and execution of settlement documents. *Id.*

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: May 5, 2017

GADZINSKI & ASSOCIATES, PC

By: */s/ Adam Garson*
Adam Garson
*Attorneys for Plaintiff*
SPECTRA LICENSING GROUP, LLC

Dated: May 5, 2017

IRELL & MANELLA LLP

By: */s/ Dennis J. Courtney*
Dennis J. Courtney
*Attorneys for Defendant*
MARVELL SEMICONDUCTOR, INC.

PURSUANT TO STIPULATION,
IT IS SO ORDERED.

DATED: 5/5/17

_____
Hon. Richard Seeborg
United States District Court Judge