1  GAZDZINSKI & ASSOCIATES, PC    IRELL & MANELLA LLP
   Adam Garson (240440)            Morgan Chu (70446)
2  (adam.garson@gazpat.com)        (mchu@irell.com)
   750 B Street, Suite 1600        Benjamin W. Hattenbach (186455)
3  San Diego, CA 92101             (bhattenbach@irell.com)
   Telephone: (858) 675-1670       Ian R. Washburn (274759)
4                                  (iwashburn@irell.com)
   Attorneys for Plaintiff         Dennis J. Courtney (307646)
5  SPECTRA LICENSING GROUP, LLC    (dcourtney@irell.com)
                                   1800 Avenue of the Stars, Suite 900
6                                  Los Angeles, California 90067-4276
                                   Telephone:    (310) 277-1010
7
                                   Attorneys for Defendant
8                                  MARVELL SEMICONDUCTOR, INC.

9                 **UNITED STATES DISTRICT COURT**

10               **NORTHERN DISTRICT OF CALIFORNIA**

11

12  SPECTRA LICENSING GROUP, LLC,     )   Case No. 3:16-cv-06093-RS
                                      )   ORDER
13             Plaintiff,             )   **SECOND JOINT STIPULATION TO**
                                      )   **STAY DEADLINES PENDING**
14        v.                          )   **SETTLEMENT AGREEMENT**
                                      )
15  MARVELL SEMICONDUCTOR, INC.,      )
                                      )   Hon. Richard Seeborg
16             Defendant.             )
    _____ )

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil L.R. 6-2 and Civil L.R. 7-12, Plaintiff Spectra Licensing Group, LLC ("Spectra") and Defendant Marvell Semiconductor, Inc. ("MSI") (collectively, "the Parties"), by and through their respective counsel, and subject to the approval of the Court, hereby submit this Second Joint Stipulation to Stay Deadlines Pending Settlement Agreement. This Joint Stipulation is further supported by the Declaration of Dennis J. Courtney filed herewith.

The Parties have reached an agreement to resolve their disputes in the present case. Courtney Decl. ¶ 3. The Parties have been exchanging drafts of a potential settlement agreement and believe that these discussions have been productive. The Parties hereby stipulate and jointly request that the Court stay and extend all deadlines in this case by an additional fourteen (14) days, pending the finalization and execution of settlement documents. The Parties inform the Court that they expect to move to dismiss the present case upon finalization and execution of settlement documents. *Id.*

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: June 2, 2017                    GADZINSKI & ASSOCIATES, PC

                                       By: */s/ Adam Garson*
                                           Adam Garson
                                           *Attorneys for Plaintiff*
                                           SPECTRA LICENSING GROUP, LLC

Dated: June 2, 2017                    IRELL & MANELLA LLP

                                       By: */s/ Dennis J. Courtney*
                                           Dennis J. Courtney
                                           *Attorneys for Defendant*
                                           MARVELL SEMICONDUCTOR, INC.

PURSUANT TO STIPULATION,
IT IS SO ORDERED.

DATED: 6/5/17

                                       _____
                                       Hon. Richard Seeborg
                                       United States District Court Judge