GAZDZINSKI & ASSOCIATES, PC
Adam Garson (240440)
(adam.garson@gazpat.com)
750 B Street, Suite 1600
San Diego, CA 92101
Telephone: (858) 675-1670

Attorneys for Plaintiff
SPECTRA LICENSING GROUP, LLC

IRELL & MANELLA LLP
Morgan Chu (70446)
(mchu@irell.com)
Benjamin W. Hattenbach (186455)
(bhattenbach@irell.com)
Ian R. Washburn (274759)
(iwashburn@irell.com)
Dennis J. Courtney (307646)
(dcourtney@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010

Attorneys for Defendant
MARVELL SEMICONDUCTOR, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECTRA LICENSING GROUP, LLC, | Case No. 3:16-cv-06093-RS |
| Plaintiff, | ORDER<br>**SIXTH JOINT STIPULATION TO STAY DEADLINES PENDING SETTLEMENT** |
| v. | |
| MARVELL SEMICONDUCTOR, INC., | Hon. Richard Seeborg |
| Defendant. | |

Pursuant to Civil L.R. 6-2 and Civil L.R. 7-12, Plaintiff Spectra Licensing Group, LLC ("Spectra") and Defendant Marvell Semiconductor, Inc. ("MSI") (collectively, "the Parties"), by and through their respective counsel, and subject to the approval of the Court, hereby submit this Sixth Joint Stipulation to Stay Deadlines Pending Settlement. This Sixth Joint Stipulation is further supported by the Declaration of Adam S. Garson filed herewith.

The Parties have reached an agreement to resolve their disputes in the present case and have executed a settlement agreement. Garson Decl. ¶ 3. The parties require additional time to allow them to commence performance under the settlement agreement and prepare their joint motion to dismiss the present case. *Id.* The Parties hereby stipulate and jointly request that the Court stay and extend all deadlines in this case by an additional ninety (90) days. The Parties inform the Court that they expect to move to dismiss the present case prior to the expiration of the stay. *Id.*

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 13, 2017 GAZDZINSKI & ASSOCIATES, PC

By: */s/ Adam S. Garson*
Adam Garson
*Attorneys for Plaintiff*
SPECTRA LICENSING GROUP, LLC

Dated: September 13, 2017 IRELL & MANELLA LLP

By: */s/ Dennis J. Courtney*
Dennis J. Courtney
*Attorneys for Defendant*
MARVELL SEMICONDUCTOR, INC.

PURSUANT TO STIPULATION,
IT IS SO ORDERED.

DATED: 9/14/17

Hon. Richard Seeborg
United States District Court Judge