| | |
|---|---|
| GAZDZINSKI & ASSOCIATES, PC<br>Adam Garson (240440)<br>(adam.garson@gazpat.com)<br>750 B Street, Suite 1600<br>San Diego, CA 92101<br>Telephone: (858) 675-1670<br><br>Attorneys for Plaintiff<br>SPECTRA LICENSING GROUP, LLC | IRELL & MANELLA LLP<br>Morgan Chu (70446)<br>(mchu@irell.com)<br>Benjamin W. Hattenbach (186455)<br>(bhattenbach@irell.com)<br>Ian R. Washburn (274759)<br>(iwashburn@irell.com)<br>Dennis J. Courtney (307646)<br>(dcourtney@irell.com)<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br>Telephone: (310) 277-1010<br><br>Attorneys for Defendant<br>MARVELL SEMICONDUCTOR, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECTRA LICENSING GROUP, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARVELL SEMICONDUCTOR, INC.,<br><br>　　　　Defendant. | Case No. 3:16-cv-06093-RS<br><br>ORDER<br>**JOINT STIPULATION TO DISMISS**<br><br>Hon. Richard Seeborg |

1        Pursuant to Federal Rule of Civil Procedure 41(a) and Civil L.R. 7-12, Plaintiff Spectra Licensing Group, LLC ("Spectra") and Defendant Marvell Semiconductor, Inc. ("MSI") (collectively, "the Parties"), by and through their respective counsel, hereby stipulate and agree, subject to the approval of the Court, to the dismissal with prejudice of the above-captioned action, including all Claims and Counterclaims. Each party to bear its own costs and attorneys' fees.

       WHEREFORE, Spectra and MSI jointly request that the Court enter an order dismissing the claims between them with prejudice, each party to bear its own costs and attorneys' fees.

       IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 17, 2017        GAZDZINSKI & ASSOCIATES, PC

By: */s/ Adam Garson*
Adam Garson
*Attorneys for Plaintiff*
SPECTRA LICENSING GROUP, LLC

Dated: October 17, 2017        IRELL & MANELLA LLP

By: */s/ Dennis J. Courtney*
Dennis J. Courtney
*Attorneys for Defendant*
MARVELL SEMICONDUCTOR, INC.

### SIGNATURE CERTIFICATION

       I hereby certify that the content of this document is acceptable to Dennis J. Courtney, counsel for MARVELL, and that I have obtained Mr. Courtney's authorization to affix his electronic signature hereto.

By: */s/ Adam Garson*

PURSUANT TO STIPULATION,
IT IS SO ORDERED.

DATED: __10/17/17__

Hon. Richard Seeborg
United States District Court Judge